■ In the Matter of JOSEPH L. FREUND, Deceased. LILLIAN FREUND, as Executrix; JACOB R. FREUND et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ TEL-HOTEL CORP. v. IRVING MAIDMAN, Doing Business as HOTEL BEVERLY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ In the Matter of HANNAH SALTANOFF v. ROBERT E. HERMAN, as State Rent Administrator.— Motion for a stay denied. The petitioner-appellant may perfect the appeal for argument on June 21, 1962, on condition that she procures the record on appeal and appellant's points to be served and filed on or before June 12, 1962, with notice of argument for June 21, 1962. Respondents' points are to be served and filed on or before June 18, 1962. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEONARD WALLACH.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the Corporation Counsel of the City of New York and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. That branch of the motion seeking a stay is denied. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ NORTHERN BLVD. & 80TH STREET CORP. et al. v. SYDNEY M. SIEGEL.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated May 29, 1962. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALEXANDER KEITT.— Motion to dismiss appeal denied. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ BARBARA BERBERICH v. BARBARA M. MATHIEU.— Motion for a stay granted on condition that the defendant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.